## FIRST NATIONAL BANK OF NORTHFIELD v. GALEN H. COON AND ANOTHER.[1]

February 8, 1918.

No. 20,732.

Case followed.

Action in the district court for Rice county to recover possession of certain real property and for $30 per month for use and occupation thereof. From an order, Childress, J., denying their motion to set aside their default and reinstating the cause upon the trial calendar, defendants appealed. Reversed.

*Charles Jaudon Berryhill*, for appellants.

*R. D. Barrett*, for respondent.

PER CURIAM.

This case is ruled by the case of First National Bank of Northfield v. Coon, supra, page 320, 166 N. W. 400. For the reasons stated in that opinion, the order appealed from in this case is reversed. No statutory costs.

---

## FIRST NATIONAL BANK OF NORTHFIELD v. GALEN H. COON.[1]

February 8, 1918.

No. 20,733.

Case followed.

Action in the district court for Rice county to recover $479.81 upon four promissory notes. From an order Childress, J., denying his motion to set aside his default and reinstating the cause upon the trial calendar, defendant appealed. Reversed.

*Charles Jaudon Berryhill*, for appellant.

*R. D. Barrett*, for respondent.

PER CURIAM.

This case is ruled by the case of First National Bank of Northfield v. Coon, page 320, 166 N. W. 400. For the reasons stated in that opinion, the order appealed from in this case is reversed. No statutory costs.

[1] Reported in 166 N. W. 401.